Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Tara A. Currie (SBN 323984)
tcurrie@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

*Attorneys for Plaintiff*
*Chrome Hearts LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHROME HEARTS LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>ZOETOP BUSINESS CO., LIMITED, a Hong Kong SAR China Private Limited Company; SHEIN US SERVICES, LLC, a Delaware Limited Liability Company; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 2:23-cv-07006-CAS-KS<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE UPCOMING DEADLINES** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that plaintiff Chrome Hearts LLC ("Plaintiff") and defendants Zoetop Business Co., Ltd. and SHEIN US Services, LLC ("Defendants") have come to an agreement to settle the instant action with regard to all claims alleged against Defendants as a result of the February 6, 2025 Settlement Conference with Magistrate Judge Stevenson. The Parties will exchange drafts of a working confidential settlement agreement that reflects the terms agreed upon at the

1  Conference.  The Parties anticipate filing a joint request for dismissal within 30 days
2  and therefore request that the Court vacate all upcoming deadlines and hearings,
3  including the upcoming February 10, 2025 Status Conference with this Court, pending
4  the filing of the Parties' joint request for dismissal.

Respectfully submitted,

DATED:  February 7, 2025              **BLAKELY LAW GROUP**

By:  */s/ Tara A. Currie*_____
Brent H. Blakely
Tara A. Currie
*Attorneys for Plaintiff*
*Chrome Hearts*

DATED: February 7, 2025               **GREENBERG TRAURIG LLP**

By: __*/s/ Nina D. Boyajian*___
Nina D. Boyajian
Lori Chang
Julianna Simon
David H. Marenberg
*Attorneys for Defendants*
*Zoetop Business Co., Ltd. and*
*SHEIN US Services, LLC*

**ATTESTATION RE ELECTRONIC SIGNATURES**

The filer of the foregoing document attests that all other Signatories to this document, on whose behalf this filing is submitted, concur as to the content, and have authorized their signature and filing of the document.

Dated: February 7, 2025                By:   */s/ Tara A. Currie*
                                              Tara A. Currie