| | |
|---|---|
| 1 | Brent H. Blakely (SBN 157292) |
| 2 | bblakely@blakelylawgroup.com<br>Tara A. Currie (SBN 323984) |
| 3 | tcurrie@blakelylawgroup.com<br>**BLAKELY LAW GROUP** |
| 4 | 1108 Manhattan Avenue, Unit B<br>Manhattan Beach, California 90266 |
| 5 | Telephone: (310) 546-7400<br>Facsimile: (310) 546-7401 |
| 6 | *Attorneys for Plaintiff* |
| 7 | *Chrome Hearts LLC* |
| 8 | GREENBERG TAURIG, LLP<br>Nina D. Boyajian (SBN 246415) |
| 9 | boyajiann@gtlaw.com<br>Lori Chang (SBN 228142) |
| 10 | changl@gtlaw.com<br>Julianna M. Simon (SBN 307664) |
| 11 | Julianna.simon@gtlaw.com<br>David H. Marenberg (SBN 329954) |
| 12 | marenbergd@gtlaw.com<br>1840 Century Park East, Ste 1900 |
| 13 | Los Angeles, California 90067-2121<br>Telephone: (310) 586-7000 |
| 14 | Facsimile: (310) 586-7800 |
| 15 | *Attorney for Defendants*<br>*Zoetop Business Co., Ltd. and* |
| 16 | *SHEIN US Services, LLC* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHROME HEARTS LLC, a California Corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>ZOETOP BUSINESS CO., LIMITED, a Hong Kong SAR China Private Limited Company; SHEIN US SERVICES, LLC, a Delaware Limited Liability Company; and DOES 1-10, inclusive,<br><br>           Defendants. | Case No. 2:23-cv-07006-CAS-KS<br><br>**JOINT STATUS REPORT RE SETTLEMENT**<br><br>Hon. Christina A. Snyder |

Pursuant to the Court's Order at ECF No. 32-1, plaintiff Chrome Hearts LLC ("Plaintiff" or "Chrome Hearts") and defendants Zoetop Business Co., Ltd. and SHEIN US Services, LLC ("Defendants") hereby submit this Joint Status Report re Settlement. The Parties have finalized the settlement agreement, but need more time to execute and perform the same. Accordingly, the Parties will aim to file a stipulated dismissal by the next quarter.

BLAKELY LAW GROUP

Dated: March 7, 2025        /s/ Tara A. Currie
Brent H. Blakely
Tara A. Currie
***Attorneys for Plaintiff***
***Chrome Hearts LLC***

GREENBERG TRAURIG, LLP

Dated: March 7, 2025        /s/ Lori Chang
Nina D. Boyajian
Lori Chang
Julianna M. Simon
David H. Marenberg
***Attorneys for Defendants***
***Zoetop Business Co., Ltd. and***
***SHEIN US Services, LLC***

## ATTESTATION RE ELECTRONIC SIGNATURES

The filer of the foregoing document attests that all other Signatories to this document, on whose behalf this filing is submitted, concur as to the content and have authorized their signature and filing of the document.

Dated: March 7, 2025        By:   /s/ Tara A. Currie
Tara A. Currie