1  Brent H. Blakely (SBN 157292)
   bblakely@blakelylawgroup.com
2  Tara A. Currie (SBN 323984)
   tcurrie@blakelylawgroup.com
3  **BLAKELY LAW GROUP**
   1334 Parkview Avenue, Suite 280
4  Manhattan Beach, California 90266
   Telephone: (310) 546-7400
5  Facsimile: (310) 546-7401

6  *Attorneys for Plaintiff*
   *Chrome Hearts LLC*
7

8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10

11  CHROME HEARTS LLC, a Delaware    ) CASE NO.: 2:23-cv-07006-CAS-KS
    Limited Liability Company,       )
12                                   ) **STIPULATION TO DISMISSAL OF**
                                     ) **ACTION WITH PREJUDICE**
13              Plaintiff,           )
                                     )
14         vs.                       )
                                     )
15                                   )
    ZOETOP BUSINESS CO., LIMITED, a  )
16  Hong Kong SAR China Private Limited )
    Company; SHEIN US SERVICES, LLC, )
17  a Delaware Limited Liability Company; )
    and DOES 1-10, inclusive,        )
18                                   )
                                     )
19              Defendants.          )

20  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

21         PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure,

22  Rule 41(a)(1)(A)(ii), Plaintiff Chrome Hearts LLC ("Plaintiff") and Defendants Zoetop

23  Business Co., Limited and Shein US Services, LLC (collectively "Defendants")

24  (together with Plaintiff, the "Parties"), representing all parties who have appeared in

25  this action, hereby stipulate to a dismissal **with prejudice** as to all claims, causes of

26  actions, and parties in the above-entitled action.  This Dismissal is without an award of

27  costs or fees, and each Party shall bear its own attorneys' fees and costs incurred in

28  connection with this action.

Respectfully submitted,

DATED: April 7, 2025　　　**BLAKELY LAW GROUP**

By: /s/ Tara A. Currie
Brent H. Blakely
Tara A. Currie
*Attorneys for Plaintiff*
*Chrome Hearts*

DATED: April 7, 2025　　　**GREENBERG TRAURIG, LLP**

By: /s/ Nina D. Boyajian
Nina D. Boyajian
Lori Chang
Julianna M. Simon
David H. Marenberg
*Attorney for Defendants Zoetop Business*
*Co., Ltd. and SHEIN US Services, LLC*

## ATTESTATION RE ELECTRONIC SIGNATURES

The filer of this document attests that all other Signatories to this document, on whose behalf this filing is submitted, concur as to the contents and have authorized their signature and filing of the document.

Dated: April 7, 2025　　　　　　　By: /s/ Tara A. Currie
Tara A. Currie